RICH and wife, Appellants, v. SCHWEDA and another, Respondents.

*No. 84. Argued January 2, 1969.—Decided February 7, 1969.*
(Also reported in 164 N. W. 2d 495.)

For the appellants there was a brief and oral argument by *Kenneth J. Dunlap* of Milwaukee.

For the respondents the cause was submitted on the brief of *deVries, Vlasak & Schallert* of Milwaukee.

PER CURIAM. This is an action for damages for personal injuries arising from an automobile accident. The plaintiffs appeal from the judgment in favor of the defendants dismissing the complaint. Under sec. 251.93, Stats., the judgment is affirmed without opinion.